FILED

2003 OCT 21 A 10: 56

DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EILEEN STOEHR and FREDERICK STOEHR, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 303CV00988 (RNC) |
| UNITED INDUSTRIES CORPORATION, | ) ) | |
| Defendant. | ) | October 20, 2003 |

**JOINT STATUS REPORT OF COUNSEL**

Pursuant to the Court's July 21, 2003 Order, the above parties hereby submit this Joint Status Report addressing the matters listed in Fed. R. Civ. P. 16(c).

1. Discovery has not yet begun in this matter.

2. Amendments to the pleadings, if any, will be conducted in accordance to the Court's Order of July 21, 2003.

3. Consideration of the matters listed in Fed. R. Civ. P. 16(c)(3) is premature at this stage of discovery.

4. Consideration of the matters listed in Fed. R. Civ. P. 16(c)(4) is premature at this stage of discovery.

5. United anticipates filing a motion for summary judgment after plaintiffs identify their specific theories of defect and any relevant expert is deposed.

6. The parties intend to adhere to the Court's July 21, 2003 Order Regarding Case Management Plan.

2199230

7. The parties intend to adhere to the Court's July 21, 2003 Order Regarding Case Management Plan.

8. The parties do not currently anticipate a role in this case for a magistrate judge or master, unless discovery disputes arise.

9. The parties do not believe a formal settlement conference is necessary at this time.

10.     Not applicable at this time.

11.     Not applicable at this time.

12.     Not applicable at this time.

13.     Not applicable at this time.

14.     Not applicable at this time.

15. Not applicable at this time.

16. Not applicable at this time.

                                    The Defendant
                                    United Industries Corporation
                                    By McCarter & English, LLC
                                    Its Attorneys

*/s/ Allison A. Wood*

David A. Reif
(CT#00244)
Allison A. Wood
(CT#23257)
Cityplace I
185 Asylum Street, 36th Floor
Hartford, CT 06103
(860) 275-6700
(860) 724-3397 (fax)
dreif@mccarter.com


The Plaintiffs


By_____
David N. Rosen
400 Orange Street
New Haven, Connecticut 06511
(203) 787-3513
ct000196


HARTFORD: 600809.01

3

15. Not applicable at this time.

16. Not applicable at this time.

                                The Defendant
                                United Industries Corporation
                                By McCarter & English, LLC
                                Its Attorneys

_____

David A. Reif
(CT#00244)
Allison A. Wood
(CT#23257)
Cityplace I
185 Asylum Street, 36th Floor
Hartford, CT 06103
(860) 275-6700
(860) 724-3397 (fax)
dreif@mccarter.com

The Plaintiffs

By _____

David N. Rosen
400 Orange Street
New Haven, Connecticut 06511
(203) 787-3513
ct000196

HARTFORD: 608869.01

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Joint Status Report of Counsel has been mailed, postage prepaid, this 20TH day of October, 2003 to:

>David N. Rosen
>400 Orange Street
>New Haven, Connecticut 06511
>(203) 787-3513
>ct000196

>_____
>Allison A. Wood (CT23257)

HARTFORD: 600809.01

4