UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

FILED

2003 DEC -8 P 12: 53

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| EILEEN STOEHR, ET AL.,<br>plaintiff, | : |
| VS. | : Civil No.: 303CV00988 (RNC) |
| UNITED INDUSTRIES CORPORATION<br>Defendant. | :<br>: DECEMBER 8, 2003 |

### CONSENT FIRST MOTION FOR EXTENSION OF TIME

The plaintiffs move for an extension of time to and including January 7 within which to respond to the defendant's First Set of Interrogatories, dated November 7, 2003. The defendant *consents* to this motion, which is the first request for an extension concerning these interrogatories. The reason for the request is that the plaintiff requires more time to gather the information necessary to respond to the 32 interrogatories.

THE PLAINTIFFS

By _____
David N. Rosen
400 Orange Street
New Haven, Connecticut 06511
(203) 787-3513
ct000196

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid on December 8, 2003 to:

David A. Reif, Esquire
Cummings & Lockwood, LLC
700 State Street
New Haven, CT 06511


_____
David N. Rosen