#18

03cv988moxt

FILED

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

2003 DEC -8  P 12: 53

US DISTRICT COURT
HARTFORD CT

EILEEN STOEHR, ET AL.,
     plaintiff,
                                  :

VS.                            :       Civil No.: 303CV00988 (RNC) ✓new

UNITED INDUSTRIES CORPORATION  :
     Defendant.               :       DECEMBER 8, 2003

**CONSENT FIRST MOTION FOR EXTENSION OF TIME**

The plaintiffs move for an extension of time to and including January 7 within which to respond to the defendant's First Set of Interrogatories, dated November 7, 2003. The defendant consents to this motion, which is the first request for an extension concerning these interrogatories. The reason for the request is that the plaintiff requires more time to gather the information necessary to respond to the 32 interrogatories.

THE PLAINTIFFS

By _____
David N. Rosen
400 Orange Street
New Haven, Connecticut 06511
(203) 787-3513
ct000196

December 10, 2003.  Granted.  So ordered.

Robert N. Chatigny, U.S.D.J.

FILED

2003 DEC 12  A 10: 23

US DISTRICT COURT
HARTFORD CT