UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EILEEN STOEHR and FREDERICK STOEHR, ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION NO. |
| v. ) | 303CV00988 (RNC) |
| ) | |
| UNITED INDUSTRIES CORPORATION, ) | |
| ) | |
| Defendant. ) | January 22, 2003 |

## JOINT STATUS REPORT OF COUNSEL

Pursuant to the Court's July 21, 2003 Order, the above parties hereby submit this Joint Status Report addressing the matters listed in Fed. R. Civ. P. 16(c).

1. Discovery has just now begun in this matter, with the plaintiffs' responding to discovery requests propounded by the defendant. Plaintiffs have not yet propounded discovery upon the defendant in this matter.

2. No motions have been filed by the plaintiffs in this case to amend their pleadings or join additional parties. No motions have been filed by the defendant in this case to ament its answer or join additional parties.

3. Consideration of the matters listed in Fed. R. Civ. P. 16(c)(3) is premature at this stage of discovery.

4. Consideration of the matters listed in Fed. R. Civ. P. 16(c)(4) is premature at this stage of discovery.

5. United anticipates filing a motion for summary judgment.

6. The parties intend to adhere to the Court's July 21, 2003 Order Regarding Case Management Plan.

2199230

7. The parties intend to adhere to the Court's July 21, 2003 Order Regarding Case Management Plan.

8. No issues requiring consideration by a magistrate judge or master.

9. The parties are not yet ready to consider special procedures to resolve the case.

10. Not applicable at this time.

11. Not applicable at this time.

12. Not applicable at this time.

13. Not applicable at this time.

14. Not applicable at this time.

15. Not applicable at this time.

16. Not applicable at this time.

The Defendant
United Industries Corporation
By McCarter & English, LLC
Its Attorneys

David A. Reif  (CT#00244)
Allison A. Wood (CT#23257)
Cityplace I
185 Asylum Street, 36th Floor
Hartford, CT 06103
(860) 275-6700
(860) 724-3397 (fax)
dreif@mccarter.com

The Plaintiffs

By /s/ David N. Rosen
David N. Rosen
400 Orange Street
New Haven, Connecticut 06511
(203) 787-3513
ct000196

HARTFORD: 606853.01