FILED

2004 APR 21  A 11: 26

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, C..

| | | |
|---|---|---|
| EILEEN STOEHR and FREDERICK STOEHR, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 303CV00988 (RNC) |
| v. | ) ) | |
| UNITED INDUSTRIES CORPORATION, | ) ) ) | |
| Defendant. | ) | April 20, 2004 |

**JOINT STATUS REPORT OF COUNSEL**

Pursuant to the Court's July 21, 2003 Order, the above parties hereby submit this Joint Status Report addressing the matters listed in Fed. R. Civ. P. 16(c).

1. Discovery has commenced in this matter. The plaintiffs' have responded to discovery requests propounded by the defendant. The plaintiffs have not yet propounded any discovery requests upon the defendant in this matter.

2. No motions have been filed by the plaintiffs in this case to amend their pleadings or join additional parties. No motions have been filed by the defendant in this case to amend its answer or join additional parties.

2199230

3. Consideration of the matters listed in Fed. R. Civ. P. 16(c)(3) is premature at this stage of discovery.

4. Consideration of the matters listed in Fed. R. Civ. P. 16(c)(4) is premature at this stage of discovery.

5. United anticipates filing a motion for summary judgment.

6. The parties intend to adhere to the Court's July 21, 2003 Order Regarding Case Management Plan.

7. The parties intend to adhere to the Court's July 21, 2003 Order Regarding Case Management Plan.

8. No issues requiring consideration by a magistrate judge or master.

9. The parties are not yet ready to consider special procedures to resolve the case.

10.    Not applicable at this time.

11.    Not applicable at this time.

12.    Not applicable at this time.

13.    Not applicable at this time.

14. Not applicable at this time.

15. Not applicable at this time.

16. Not applicable at this time.

          The Defendant
United Industries Corporation
By McCarter & English, LLC
Its Attorneys

*/s/ Allison A. Wood*

David A. Reif (CT#00244)
Allison A. Wood (CT#23257)
Cityplace I
185 Asylum Street, 36th Floor
Hartford, CT 06103
(860) 275-6700
(860) 724-3397 (fax)
dreif@mccarter.com

The Plaintiffs

By _*/s/ David N. Rosen*_
David N. Rosen
400 Orange Street
New Haven, Connecticut 06511
(203) 787-3513
ct000196

HARTFORD: 613273.01

-3-

14. Not applicable at this time.

15. Not applicable at this time.

16. Not applicable at this time.

        The Defendant
        United Industries Corporation
        By McCarter & English, LLC
        Its Attorneys

        */s/ Allison A. Wood*
        David A. Reif (CT#00244)
        Allison A. Wood (CT#23257)
        Cityplace I
        185 Asylum Street, 36th Floor
        Hartford, CT 06103
        (860) 275-6700
        (860) 724-3397 (fax)
        dreif@mccarter.com

        The Plaintiffs

        By_____
        David N. Rosen
        400 Orange Street
        New Haven, Connecticut 06511
        (203) 787-3513
        ct000196

HARTFORD: 613273.01