UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EILEEN STOEHR and FREDERICK STOEHR, | ) | |
| Plaintiffs, | ) | CIVIL ACTION NO. |
| v. | ) | 303CV00988 (RNC) |
| UNITED INDUSTRIES CORPORATION, | ) | |
| Defendant. | ) | May 28, 2004 |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.1 of the Local Civil Rules of the United States District Court for the District of Connecticut, undersigned counsel for defendant, United Industries Corporation, ("United"), hereby respectfully moves that Attorney Dudley W. Von Holt from the law firm of Thompson Coburn LLP be admitted to practice pro hac vice in this Court for the purposes of this action.

In support of this motion, the undersigned represents:

1. That Mr. Von Holt is a partner at the law firm of Thompson Coburn LLP, One US Bank Plaza, St. Louis, MO, 63101. The firm's telephone number is (314) 552-6000. The firm's fax number is (314) 552-7000.

2. That Mr. Von Holt is admitted to practice in and is a member in good standing of the following courts: the State of Missouri (1985) and the State of Illinois (1986). Mr. Von Holt has not been denied admission or disciplined by this Court or any other court. Mr. Von Holt has never been convicted of a crime. (See Affidavit of Dudley W. Von Holt attached hereto as Exhibit A.)

3. That Mr. Von Holt and the firm of Thompson Coburn LLP shall serve as co-counsel with the undersigned.

4. Payment of fees, pursuant to D. Conn. L. R. 83.1(d)(2) was submitted on May 28, 2004. (See Exhibit B.)

United Industries Corporation
By McCarter & English, LLC
Its Attorneys

David A. Reif (CT#00244)
Allison A. Wood (CT#23257)
CityPlace I
185 Asylum Street, 36th Floor
Hartford, CT 06103
(860) 275-6700
(860) 724-3397 (fax)
dreif@mccarter.com
awood@mccarter.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Defendant United Industries Corporation's MOTION FOR ADMISSION PRO HAC VICE has been mailed, postage prepaid, this 28th day of May, 2004 to:

David N. Rosen
400 Orange Street
New Haven, CT 06511

_____
Allison A. Wood (CT23257)

HARTFORD: 615952.01