UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| EILEEN STOEHR and FREDERICK STOEHR, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION NO. |
| v. | ) | 303CV00988 (RNC) |
| UNITED INDUSTRIES CORPORATION, | ) | |
| Defendant. | ) | May 28, 2004 |

## AFFIDAVIT OF DUDLEY W. VON HOLT

I, Dudley W. Von Holt, being duly sworn, hereby depose and state:

      1.    I am over the age of eighteen (18) years and understand the obligation of an oath.

      2.    I am a partner at the law firm of Thompson Coburn LLP, One US Bank Plaza, St. Louis, MO, 63101. The firm's telephone number is (314) 552-6000. The firm's fax number is (314) 552-7000. My email address is dvonholt@thompsoncoburn.com.

      3.    I am admitted to practice in and am a member in good standing of the following courts: State of Illinois (1986) and the State of Missouri (1985). I have not been denied admission or disciplined by this Court or any other court.

By _/s/ Dudley W. Von Holt_
Dudley W. Von Holt

Subscribed and sworn to before me this 27 day of May 2004.

_/s/ Patricia D. Ouart_
Notary Public

PATRICIA D. OUART,
Notary Public — Notary Seal
STATE OF MISSOURI
City of St. Louis
My Commission Expires: March 3, 2007

HARTFORD: 615954.01