1075

**McCARTER & ENGLISH, LLP**
CITY PLACE I
185 ASYLUM STREET
HARTFORD, CT 06103-3495

55-2-212

DATE 5/28/04

PAY TO THE ORDER OF  United States District Court                    $ 25.00

Twenty Five and 00/100                                    DOLLARS

**WACHOVIA**
Wachovia Bank, N.A.
ACH R/T 021200025

FOR 98117.00001    3085/AW

⑈0000 10 75⑈ ⑆0 2 1 2000 25⑆ 20000 20 36 9 73 2⑈