UNITED STATES DISTRICT COURT

DISTRICT  OF  CONNECTICUT

Eileen Stoehr et al

V.                              Case Number:  3:03cv988(RNC)

United Industries Corp.

**ORDER**

**Motion for PHV** as to Dudley W. Von Holt, doc.# **23** - **GRANTED**

Dated at Hartford, Connecticut, May 28, 2004.

KEVIN F. ROWE, CLERK

/s/ lsf
By: _____
    Linda S. Ferguson
    Deputy Clerk