FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 MAY 28 P 1: 46

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| EILEEN STOEHR and FREDERICK STOEHR, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 303CV00988 (RNC) |
| v. | ) ) | |
| UNITED INDUSTRIES CORPORATION, | ) ) | MAY 28, 2004 |
| Defendant. | ) ) | |

## UNITED INDUSTRIES CORP.'S CONDITIONAL CONSENT TO PLAINTIFFS' MOTION TO PRODUCE EXPERT REPORTS OUT OF TIME

Defendant United Industries Corp. ("United") conditionally consents to Plaintiff's pending motion to produce expert reports out of time. United's consent is conditioned upon Plaintiff's experts' testimony being limited to the views expressed in the medical reports previously provided in discovery. United objects to any additional or different views from these experts beyond that previously disclosed.

The Court's Case Management Plan required the Plaintiff to disclose expert reports by April 19, 2004. The Case Management Plan defines an expert witness as anyone – including a treating physician – who may be used at trial to present evidence pursuant to Rules 702, 703, or 705 of the Federal Rules of

Evidence.   This schedule may be changed only "upon a showing of good cause."   Federal Rule of Civil Procedure 16(b).   In this case, Plaintiff has not shown, or even purported to show, good cause.

Nevertheless, in light of plaintiff's January 6, 2004 disclosure of substantive medical records from Dr. Donald Greene and Dr. Suguru Imaeda in response to United's discovery requests, United is willing to consent to the plaintiff's belated production of supplemental information in order to comply with the form of expert reports set forth by Rule 26(a)(2)(B) so long as these witnesses are precluded from offering any testimony that is in addition to or different from the information provided in their medical record reports.

The documents that United understands to be these reports are

attached as Exhibit A (Dr. Greene) and Exhibit B (Dr. Imaeda).

                              United Industries Corporation
                              By McCarter & English, LLC
                              Its Attorneys


                              David A. Reif   (CT#00244)
                              Allison A. Wood (CT#23257)
                              Cityplace I
                              185 Asylum Street, 36th Floor
                              Hartford, CT 06103
                              (860) 275-6700
                              (860) 724-3397 (fax)
                              dreif@mccarter.com
                              awood@mccarter.com

-3-

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Defendant

United Industries Corporation's UNITED INDUSTRIES CORP.'S

CONDITIONAL CONSENT TO PLAINTIFFS'MOTION TO PRODUCE EXPERT

REPORTS OUT OF TIME has been sent via facsimile, this 28th day

of May, 2004 to:


David N. Rosen
400 Orange Street
New Haven, CT 06511

Allison A. Wood (CT23257)

HARTFORD: 615982.01

- 4 -