*held*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Conference Calendar

Honorable Robert N. Chatigny, U.S.D.J.

June 1, 2004

9:30 A.M.

CASE NO. **3:03CV988(RNC)**   **Eileen Stoehr v. United Industries**

Motion Nunc Pro Tunc for Permission to Produce Portions of Expert Report out of Time and for Further Relief [doc. 22] — *Granted*

✓ Alison Wood
✓ David A. Reif
McCarter & English-Htfd
Cityplace I
185 Asylum St.
36th Fl.
Hartford, CT 06103-3495

✓ David N. Rosen
Rosen & Dolan, P.C.
400 Orange St
New Haven, CT 06511

✓ Dudley Von Holt

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

motion for Summary Judgment will be filed w/in the next two weeks.

Expert report deadline extended by agreement