**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

EILEEN STOEHR, ET AL.,
     plaintiffs,                :

VS.                        :     Civil No.: 303CV00988 (RNC)

UNITED INDUSTRIES CORPORATION  :
     Defendant.            :     MAY 28, 2004

## SUPPLEMENTAL SUBMISSION IN SUPPORT OF
## MOTION FOR EXTENSION OF TIME

Plaintiffs attach as Tab 1 a supplemental letter report from one of her two expert treating

physicians, Suguru Imaeda, M.D.  A copy of this report has been faxed to counsel for the

defendant, along with the CV of plaintiffs' other expert treating physician, Donald Greene, M.D.

This letter report and transmittal of the CV complete plaintiffs' expert disclosure.

THE PLAINTIFFS

By_____
David N. Rosen
400 Orange Street
New Haven, Connecticut 06511
(203) 787-3513
CT00196
E-mail: drosen@davidrosenlaw.com
Her Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was faxed and mailed, certified mail, postage prepaid on  May 28, 2004 to:

Louis Laderman
United Industries, Corporation
2150 Schuetz Road
St. Louis, MO   63146

David A. Reif, Esquire
Allison Wood, Esquire
McCarter & English, LLP
CityPlace I, 185 Asylum Street
Hartford, CT  06103

_____
David N. Rosen