UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
EILEEN STOEHR and FREDERICK    )
STOEHR,                        )
                               )
              Plaintiffs,      )  CIVIL ACTION NO.
       v.                      )  303CV00988 (RNC)
                               )
UNITED INDUSTRIES CORPORATION, )
                               )
                               )
              Defendant.       )  June 17, 2004
```

## UNITED INDUSTRIES CORPORATION'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant United Industries Corporation, moves that this Court enter summary judgment in its favor on Plaintiffs' claims. In support of this motion, United files a Local Rule 56(a)1 Statement and a memorandum in support contemporaneously herewith.

**ORAL ARGUMENT REQUESTED**

The Defendant
United Industries Corporation
By McCarter & English, LLC
Its Attorneys

*[signature]*
David A. Reif  (CT#00244)
Allison A. Wood (CT#23257)
Cityplace I
185 Asylum Street, 36th Floor
Hartford, CT 06103
(860) 275-6700
(860) 724-3397 (fax)
dreif@mccarter.com
awood@mccarter.com

and

Dudley W. Vonholt
Thompson Coburn LLP
One U.S. Bank Plaza
St. Louis, Missouri 63101
(314) 552-6000
(313) 552-7000 (fax)

The foregoing, having been heard, is HEREBY:

GRANTED/DENIED

_____
Judge/Clerk

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing has been mailed, first class mail postage prepaid, this 17th day of June, 2004 to

David N. Rosen
400 Orange Street
New Haven, Connecticut 06511

                                               Allison A. Wood

HARTFORD: 617263.01