UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EILEEN STOEHR and FREDERICK STOEHR, | ) ) | |
| Plaintiffs, | ) | CIVIL ACTION NO. |
| v. | ) | 303CV00988 (RNC) |
| UNITED INDUSTRIES CORPORATION, | ) | |
| Defendant. | ) | June 17, 2004 |

State of Connecticut:

: ss.

County of Hartford :


Allison A. Wood, of full age, being duly sworn according to law states as follows:

    1.   I am an attorney for United Industries Corporation. I make this affidavit in support of United Industries Corporation's Motion for Summary Judgment.

    2.   I hereby affirm that plaintiffs' answers to United Industries' First Set Of Interrogatories to Plaintiffs, as set forth on page 4 of United Industries Corporation's Memorandum in Support of Motion for Summary Judgment, are a true

and accurate representation of plaintiffs' responses. A copy of plaintiff's answers to United Industries' First Set Of Interrogatories to Plaintiffs is attached hereto as Exhibit A.

    3. I hereby affirm that plaintiff's expert disclosure, as set forth on page 5 of United Industries Corporation's Memorandum in Support of Motion for Summary Judgment and attached as Exhibit D to Local Rule 56 (a)1 Statement, is a true and accurate representation of plaintiff's expert disclosure. A copy of plaintiff's expert disclosure is attached hereto as Exhibit B.

Dated at Hartford, Connecticut this 17th day of June, 2004.

By *Allison A. Wood* (signature)
Allison A. Wood

BEFORE ME, the undersigned notary public, on the 17th day of June, 2004, personally appeared Allison A. Wood, who is known to me, who being by me duly sworn on his oath deposed and said that he has read the above and the foregoing; and that the statements contained therein are within his personal knowledge and true and correct.

_____
Notary Public - State of Connecticut

My Commission expires: _____


M. ANDREW GLASS
NOTARY PUBLIC
MY COMMISSION EXPIRES

HARTFORD: 617277.01

Exhibit A

# YALE DERMATOLOGY ASSOCIATES, P.C.

2 Church Street South, Suite 305   New Haven, Connecticut 06519
Tel: 203-789-1249                  Fax: 203-776-6182

May 27, 2004

Shelley Adkins
David N. Rosen
Counselor at Law P.C.
400 Orange Street
New Haven, CT  06511

RE:   Eileen Stoehr
      DOB: 03/15/1949

Dear Mr. Rosen,

    I am writing at your request regarding Mrs. Eileen Stoehr. Mrs. Stoehr was first seen by me on July 27, 2000 at which time she reported that she applied Cutter insect repellent with SPF 15 sun-screen on May 6, 2000. She reports that she became very ill with itching, burning and redness of the arms and legs. The Cutter insect repellent product, according to the product label, contains N,N-diethyl-m-toluamide 9.5%, other isomers 0.5%, and inert ingredients 90.0%. It also contains aloe vera and the sunscreen ingredients octyl methoxycinnamate 7.5% and oxybenzone 5.0%. N,N-diethyl-m-toluamide (DEET) has been reported in the medical literature to sometimes cause irritant dermatitis.

    I am also writing at your request to confirm that the rate for testifying in court is $5,000.00 per day (There is no hourly rate for this.) and the rate for record review is $400.00 per hour.

Sincerely,

Suguru Imaeda, M.D.


Richard J. Antaya, M.D.      Jean L. Bolognia, M.D.    Michael Girardi, M.D.    Peter W. Heald, M.D.
Christina A. Herrick, M.D.   Suguru Imaeda, M.D.       Jeffrey S. Schechner, M.D.   Robert S. Tigelaar, M.D.

Exhibit B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EILEEN STOEHR and FREDERICK )
STOEHR, )
 )
 )
            Plaintiffs, ) CIVIL ACTION NO.
    v. ) 303CV00988 (RNC)
 )
UNITED INDUSTRIES CORPORATION, )
 )
            Defendant. ) January 6, 2004

### PLAINTIFF EILEEN STOEHR'S RESPONSE TO DEFENDANT UNITED INDUSTRIES CORP.'S FIRST SET OF INTERROGATORIES TO PLAINTIFF

Defendant, United Industries Corp., propound the following interrogatories to be answered by Plaintiff within 30 days.

### INTERROGATORIES

1. State your full name, social security number, date of birth, place of birth, marital status, your current home address, and any other home addresses you have maintained in the past 20 years.

    **ANSWER:** Eileen Anne Stoehr, March 15, 1949, Born: New Haven, CT, Married, 99 County Road, Guilford, CT 06437 for 29 years.

2210152

2.  Identify the specific product which you contend caused the injury described in your Complaint, including any numbers or letters on the bottom of the can, and identify the current location of this product.

    **ANSWER:** Cutter Insect Repellant with SPF 15 Sun-Screen.

3.  Describe the accident that caused your injury, including the manner in which it occurred and any resulting damages.

    **ANSWER:** Applied product to arms and legs. Approximately one hour later, arms and legs were raw and blistered, irritated, itching and burning with rash, fever and chills, permanent changes in skin color and sensitivity. I continue to suffer from pain and discomfort due to damaged nerve endings. I cannot tolerate or expose my skin to sun or heat.

4.  Do you claim that the product was improperly designed? If so, explain how it was improperly designed.

    **ANSWER:** Unknown pending discovery.

5.  Do you claim that the product had inadequate warnings or instructions? If so, explain how the warnings or instructions were inadequate and what warnings or instructions the product should have had.

   **ANSWER:** **Yes, product does not disclose risk of adverse reactions.**

6.  Do you claim that the product had a manufacturing defect? If so, explain what the manufacturing defect was.

   **ANSWER:** **Unknown pending discovery.**

7.  Do you claim the product was improperly inspected? If so, explain how the inspection was improper.

   **ANSWER:** **Unknown pending discovery.**

8.  Do you claim the product breached an express warranty or an implied warranty of merchantability or fitness? If so, please explain how the product breached the warranty.

   **ANSWER:** **Yes, product lacked warnings. Other breaches unknown pending discovery.**

9.  If there are any other bases for your claim other than as described in answer to interrogatories 4 through 8, please explain the other bases.

    **ANSWER:** Not applicable.

10. Identify the witnesses that support your claim that the product a) was improperly designed; b) had inadequate warnings or instructions; c) had a manufacturing defect; d) was improperly tested; e) was not properly inspected; f) breached the implied warranty of merchantability or fitness; g) breached an express warranty; and h) had some other condition or bases for your claim.

    **ANSWER:** Plaintiff and treating physicians.

11. If you claim that the product was improperly designed, describe the alternative safer design which you contend should have been used.

    **ANSWER:** Unknown pending discovery.

2210152

- 4 -

12. If you claim that Defendant United Industries Corp. was negligent or guilty of any misconduct causing your injuries which is not described above, then please specifically describe that negligence or misconduct.

    **ANSWER:** Failure to warn of potential adverse reactions, other negligence or other misconduct unknown pending discovery.

13. Please specify each injury, loss, or expense for which you are seeking compensation in this case and the amount of compensation you seek.

    **ANSWER:** Arms and legs were blistered and irritated, causing itching and burning with rash, fever and chills, permanent changes in skin color and sensitivity. I continue to suffer from pain and discomfort due to damaged nerve endings. I cannot tolerate or expose my skin to sun or heat. Medical bills attached. I request fair, just and reasonable compensation in an amount to be determined by the jury.

14. Describe how you calculated the compensation amounts specified in your answer to Interrogatory No. 13, and identify all documents and witnesses that support these calculations.

   **ANSWER:** Medical bills are attached. Otherwise, not applicable.

15. Please identify each physician or other medical professional who has examined or treated you in connection with any injury specified in your answer to Interrogatory No. 13, and in connection with any other injury during the past ten (10) years, indicating the date, place, and nature of such services or medication; and identify all documents which relate or refer to same.

   **ANSWER:** Medical listing attached.

16. State the name and address of each hospital, clinic or other facility where you were examined or received treatment of any of the injuries identified in answer to Interrogatory No. 13, and identify all documents which relate or refer to that examination or treatment.

    **ANSWER: Medical listing attached.**

17. Has any physician reached an opinion that your alleged injuries were caused by the product at issue in this case? If so, identify the physician.

    **ANSWER:** **See attached medical reports.**

18. If you have ever been convicted of or pled guilty to a felony, then state the crime, the date of the conviction, the court entering the judgment, and the sentence imposed.

    **ANSWER:** **No.**

19. If you have received any payment from any person as a result of the damages or losses referred to in your Complaint, please state the date and amount, name of payor,

damage items being reimbursed, and describe all documents which relate or refer to the payment.

**ANSWER:** Not applicable.

20. For each person who may have knowledge of relevant facts concerning this case, please state his or her name, address, phone number, employer, position, and the facts about which he or she may have knowledge.

   **ANSWER:** My husband, Frederick Stoehr, 99 County Road, Guilford, CT 06437 - 203-457-1935 - 1) putting on the cream; 2) emergence of the rash; 3) initial medical treatment; 4) follow-up medical treatment; and 5) the impact of my injuries on me.

   Owners of Terra Cotta Inn (where we were staying on vacation), 2388 East Racquet Club Road, Palm Springs, CA 92262 witnessed the raw and blistered skin and red rash on my arms and legs.

21. Are you or your attorneys aware of any statements made by any party, its employees or representatives, or by persons who claim to have knowledge of the subject matter of this

2210152

- 8 -

litigation? If so, identify the statement, the date of the statement, the location of the statement, and the person who gave the statement.

**ANSWER:** No.

22. Do you contend that Defendant United Industries Corp. violated any relevant state, federal or local laws or rules, regulations, or guidance requirements, or failed to comply with any relevant standards or trade or industry group recommendations? If so, identify the law, rule, regulation, guidance requirements, standard, or trade or industry group recommendations and how it was violated.

**ANSWER:** Unknown.

23. Identify any complaints made by you or others concerning the product or the incident referred to in your lawsuit, including the names and addresses of each such person who made and received each such complaint, and the date of same, and identify all documents which relate to each such complaint.

    **ANSWER:** **Telephone communication between Attorney Rosen and Attorney Laderman on May 29, 2003. Follow-up correspondence dated May 29, June 19 and June 26, 2003 attached.**

24. Do you contend that Defendant United Industries Corp. is liable to you for punitive or exemplary damages? If so, state in full and complete detail the basis for your claim.

    **ANSWER:** **Unknown pending discovery.**

25. Are you aware of any incident which occurred under circumstances identical or substantially similar to the incident mentioned in your Complaint? If so, provide all known details for each such incident, including contact information for the people involved.

    **ANSWER:** **No.**

2210152

- 10 -

      I have read the foregoing questions and answers and swear that they are true and accurate to the best of my knowledge and belief.

*Eileen Stoehr* (signature)
Eileen Stoehr

Subscribed and sworn to before me this 6th day of January, 2004.

MARY ELIZABETH BOWERMAN
*NOTARY PUBLIC*
MY COMMISSION EXPIRES AUG. 31, 2006

Notary Public
~~Commissioner of the Superior Court~~

THE PLAINTIFFS,

By _____
David N. Rosen (CT 000196)
Rosen & Dolan, PC
400 Orange Street
New Haven, CT 06511
(203) 787-3513
david.rosen@rosendolan.com

2210152

- 11 -

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been faxed and mailed, postage prepaid, this 6th day of January, 2004 to:

David A. Reif, Esq.
Allison A. Wood, Esquire
Cummings & Lockwood, LLC
700 State Street
New Haven, CT 06511

_____
David N. Rosen