# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**FILED**

## APPEARANCE

2004 JUN 25  A 11: 45

U.S. DISTRICT COURT
HARTFORD, CT.

EILEEN STOEHR, et al.
v.
UNITED INDUSTRIES CORP.

CASE NUMBER: 3:03cv988 (RNC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:   Defendant United Industries Corp.

---

6-22-04
**Date**

ct25953
**Connecticut Federal Bar Number**

(314) 552-6000
**Telephone Number**

(314) 552-7115
**Fax Number**

dvonholt@thompsoncoburn.com
**E-mail address**

*(Signature)*
**Signature**

Dudley W. Von Holt
**Print Clearly or Type Name**

One US Bank Plaza
**Address**

St. Louis, MO 63101

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

David N. Rosen
400 Orange Street
New Haven, CT 06511

Allison A. Wood
McCarter & English
CityPlace 1
185 Asylum St., 36th Fl.
Hartford, CT 06103-3495

*(Signature)*
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm..Jan.2