UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EILEEN STOEHR and FREDERICK STOEHR | ) ) ) | |
| Plaintiffs, | ) | CIVIL ACTION NO. |
| v. | ) ) | 303CV00988 (RNC) |
| UNITED INDUSTRIES CORPORATION | ) ) ) | |
| Defendant. | ) | July 2, 2004 |

## PARTIES' MOTION FOR EXTENSION OF TIME

Plaintiffs, Eileen Stoehr and Frederick Stoehr, by their attorney, and defendant, United Industries Corporation, by its attorneys, move for an extension of time of the deadlines set forth in the Case Management Order. Pursuant to the parties' June 1, 2004 telephone conference with Judge Chatigny regarding the plaintiffs' Motion Nunc Pro Tunc For Permission to Produce Portions of Expert Report Out of Time and for Further Relief, the original Case Management Order was previously modified as follows:

> June 4, 2004 – deadline for plaintiffs' expert disclosure;
> July 6, 2004 – deadline to depose plaintiffs' experts;
> August 5, 2004 – deadline for defendant to identify experts; and
> September 7, 2004 – deadline for plaintiffs' to depose defendant's experts.

The parties hereby request an extension until August 16, 2004 to depose plaintiffs' experts. Such an extension would move the deadline for defendant to identify experts until September 16, 2004

and the deadline for plaintiffs' to depose defendant's experts until October 16, 2004. Good cause exists to grant this request. Plaintiffs' counsel is currently on trial and anticipates that the trial will continue past the July 6, 2004 deadline. Furthermore, defendant has filed a motion for summary judgment and, in an effort to preserve costs, seeks to schedule any expert depositions for after that motion has been heard by the Court.

Pursuant to the provisions of Local Rule 9(b)(3), undersigned counsel state that they have discussed this motion and both parties consent to this motion being granted. In fact, both parties join in the request for extension of time.

Pursuant to the provisions of Local Rule 9(b)(3), undersigned counsel state that, aside from the plaintiffs' Motion Nunc Pro Tunc For Permission to Produce Portions of Expert Report Out of Time and for Further Relief, this is the parties first request for an extension of the time with respect to the above deadlines.

| The Plaintiff | The Defendant |
|---|---|
| _____ <br> David N. Rosen (CT 000196) <br> 400 Orange Street <br> New Haven, CT <br> (203) 787-3513 | David A. Reif (CT 00244) <br> Allison A. Wood (CT 23257) <br> McCarter & English <br> CityPlace I <br> 185 Asylum Street <br> Hartford, CT 06103 <br> (860)275-6700 <br> (860)724-3397 <br> dreif@mccarter.com <br> awood@mccarter.com <br><br> and <br><br> Dudley W. Von Holt <br> Thompson Coburn LLP <br> One U.S. Bank Plaza <br> St. Louis, Missouri 63101 <br> (314) 552-6000 <br> (313) 552-7000 |

Pursuant to the provisions of Local Rule 9(b)(3), undersigned counsel state that, aside from the plaintiffs' Motion Nunc Pro Tunc For Permission to Produce Portions of Expert Report Out of Time and for Further Relief, this is the parties first request for an extension of the time with respect to the above deadlines.

The Plaintiff

_____
David N. Rosen (CT 000196)
400 Orange Street
New Haven, CT
(203) 787-3513

The Defendant

_____
David A. Reif (CT 00244)
Allison A. Wood (CT 23257)
McCarter & English
CityPlace I
185 Asylum Street
Hartford, CT 06103
(860) 275-6700
(860) 724-3397
dreif@mccarter.com
awood@mccarter.com

and

Dudley W. Von Holt
Thompson Coburn LLP
One U.S. Bank Plaza
St. Louis, Missouri 63101
(314) 552-6000
(313) 552-7000

-3-

## **ORDER**

The foregoing motion, having been heard, is hereby:

GRANTED/DENIED

_____
 Judge/Clerk

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing MOTION FOR EXTENSION OF TIME has been mailed, postage prepaid, this 2nd day of July, 2004 to:

David N. Rosen, Esq.
400 Orange Street
New Haven, CT 06511
Counsel for Plaintiffs

*[signature]*
Allison A. Wood (CT 23257)

HARTFORD: 617976.01