FILED

2004 JUL -2 A 10: 08

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| EILEEN STOEHR and FREDERICK STOEHR | ) ) ) |
| Plaintiffs, | ) CIVIL ACTION NO. |
| v. | ) 303CV00988 (RNC) |
| UNITED INDUSTRIES CORPORATION | ) ) ) |
| Defendant. | ) July 2, 2004 |

## PARTIES' MOTION FOR EXTENSION OF TIME

Plaintiffs, Eileen Stoehr and Frederick Stoehr, by their attorney, and defendant, United Industries Corporation, by its attorneys, move for an extension of time of the deadlines set forth in the Case Management Order. Pursuant to the parties' June 1, 2004 telephone conference with Judge Chatigny regarding the plaintiffs' Motion Nunc Pro Tunc For Permission to Produce Portions of Expert Report Out of Time and for Further Relief, the original Case Management Order was previously modified as follows:

June 4, 2004 – deadline for plaintiffs' expert disclosure;

July 8, 2004.   Eileen Stoehr, et al. V. United Industries Corporation
               3:03CV988 (RNC)

Re: Parties' Motion for Extension of Time [doc. 33]

Granted.  Counsel are hereby advised that disclosure and depositions of
defendant's liability experts may be postponed until after a ruling on the
preemption issue raised by defendant's recently filed motion for summary
judgment but only if granting the summary judgment motion will dispose of the
entire case.  So ordered.

Robert N. Chatigny, U.S.D.J.