## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

EILEEN STOEHR, ET AL.,
    plaintiff,

VS.                                 :        Civil No.: 303CV00988 (RNC)

UNITED INDUSTRIES CORPORATION :       JULY 12, 2004
    Defendant.

### FIRST MOTION FOR EXTENSION OF TIME

    Plaintiffs move for an extension of time to and including August 16, 2004 within which to file their papers in opposition to the defendant's Motion for Summary Judgment dated June 17, 2004 and received by plaintiff's counsel on or about June 19.

    The reasons for this motion are that plaintiff's counsel has been continuously on trial since June 15 and requires additional time to prepare responsive papers. In addition the parties have had some settlement discussions, which are ongoing.

    This is the first request for an extension relating to this motion.

    Counsel has attempted to contact counsel for the defendant to determine whether the defendant consents to the granting of this motion but thus far has been unable to do so.

                                        THE PLAINTIFFS

                                        By_____
                                        David N. Rosen
                                        400 Orange Street
                                        New Haven, Connecticut 06511
                                        (203) 787-3513
                                        CT00196
                                        E-mail: drosen@davidrosenlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid on July 12, 2004 to:

David A. Reif, Esquire
Allison Wood, Esquire
McCarter & English, LLP
CityPlace I, 185 Asylum Street
Hartford, CT 06103

Dudley W. Von Holt
United Industries, Corporation
One U.S. Bank Plaza
St. Louis, MO 63104

                                                David N. Rosen