

<div style="writing-mode: vertical">

July 12, 2004. Granted. Counsel are reminded that motions for extension of time must be filed 5 days prior to the deadline in question. So ordered.

Robert N. Chatigny, U.S.D.J.

</div>

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

EILEEN STOEHR, ET AL.,
    plaintiff,                       :

VS.                            :      Civil No.: 303CV00988 (RNC)

UNITED INDUSTRIES CORPORATION  :      JULY 12, 2004
    Defendant.    :

## FIRST MOTION FOR EXTENSION OF TIME

Plaintiffs move for an extension of time to and including August 16, 2004 within which to file their papers in opposition to the defendant's Motion for Summary Judgment dated June 17, 2004 and received by plaintiff's counsel on or about June 19.

The reasons for this motion are that plaintiff's counsel has been continuously on trial since June 15 and requires additional time to prepare responsive papers. In addition the parties have had some settlement discussions, which are ongoing.

This is the first request for an extension relating to this motion.

Counsel has attempted to contact counsel for the defendant to determine whether the defendant consents to the granting of this motion but thus far has been unable to do so.

THE PLAINTIFFS

By_____
David N. Rosen
400 Orange Street
New Haven, Connecticut 06511
(203) 787-3513
CT00196
E-mail: drosen@davidrosenlaw.com