UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EILEEN STOEHR and FREDERICK STOEHR, | ) ) ) |
| Plaintiffs, | ) CIVIL ACTION NO. |
| v. | ) 303CV00988 (RNC) ) |
| UNITED INDUSTRIES CORPORATION, | ) ) ) ) |
| Defendant. | ) July 16, 2004 |

## UNITED'S MOTION TO SUBMIT SUPPLEMENTAL SUMMARY JUDGMENT EXHIBIT

Defendant United Industries Corp. moves that this Court enter an Order granting United leave to submit the attached supplemental exhibit to its previously filed Motion for Summary Judgment. In support of this Motion, United states:

In its pending Motion for Summary Judgment, United submitted a copy of the EPA-approved label that was in effect in May, 2000 for the product at issue. This was a reasonable date because that was when Plaintiff used the product and suffered the alleged skin reaction. But since filing its Motion, United has learned that the product that Plaintiff used was manufactured earlier. Therefore, United moves to supplement its Motion with a copy of the EPA-accepted label in effect during the earlier time period.

Wherefore, United prays that this Court grant this motion and permit United to file the accompanying affidavit in support of its pending Motion for Summary Judgment.

The Defendant
United Industries Corporation
By McCarter & English, LLC
Its Attorneys

_David A. Reif_
David A. Reif (CT#00244)
Allison A. Wood (CT#23257)
Cityplace I
185 Asylum Street, 36th Floor
Hartford, CT 06103
(860) 275-6700
(860) 724-3397 (fax)
dreif@mccarter.com

And

Dudley W. Von Holt
Thompson Coburn LLP
One U.S. Bank Plaza
St. Louis, Missouri 63101
(314) 552-6000
(313) 552-7000 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been mailed, first class mail postage prepaid, this 20th day of July, 2004 to David N. Rosen, 400 Orange Street, New Haven, Connecticut 06511.

David A. Reif

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EILEEN STOEHR and FREDERICK STOEHR, )
)
)
Plaintiffs, ) CIVIL ACTION NO.
v. ) 303CV00988 (RNC)
)
UNITED INDUSTRIES CORPORATION, )
)
Defendant. )

### AFFIDAVIT OF WILLIAM H. METZGER

WILLIAM H. METZGER, being of lawful age, hereby certifies the following:

1.   I am Vice President of Regulatory Affairs at United Industries Corporation ("United Industries"). In this capacity, I am responsible for assuring that products manufactured by United Industries and its divisions are registered with state and federal agencies, such as the Environmental Protection Agency ("EPA").

2.   United Industries manufactured a pesticide known as Cutter Insect Repellent with SPF 15 sunscreen.

3.   Cutter Insect Repellent with SPF 15 sunscreen was registered with the EPA under the Federal Insecticide, Fungicide, and Rodenticide Act, pesticide registration number 121-73. Pursuant to that registration, the EPA required specific label language for this product.

4.   From the time it was first sold through the date of this accident in May, 2000, the Cutter Insect Repellent with SPF 15 sunscreen bore the specific label language required and approved by the EPA.

5.   A copy of the EPA-accepted label in effect at the time of manufacture of Cutter Insect Repellent with SPF 15 sunscreen used by plaintiff is attached as Exhibit 1 to this affidavit.

2337936

STATE OF MISSOURI ) 
                               )SS 
COUNTY OF ST. LOUIS   )

FURTHER AFFIANT SAYETH NOT.

_____
William H. Metzger, Affiant

Subscribed and sworn to before me this 8 day of July, 2004

_____
Notary Public
SONYA SMITH
Notary Public - State of Missouri
City of St. Louis
My Commission Expires Feb. 4, 2008

My Commission Expires:



UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
WASHINGTON, D.C. 20460

0.8 JAN 1996

OFFICE OF
PREVENTION, PESTICIDES
AND TOXIC SUBSTANCES

Kathie J. Tryson
Spectrum
Division of United Industries Corp.
P.O. Box 15842
St. Louis, MO 63114

Subject: Labeling For:
Cutter Insect Repellent #10GE-A
EPA Registration No. 121-73
Application dated October 10, 1995

Dear Ms. Tryson:

The labeling referred to above, submitted in connection with registration under the Federal Insecticide, Fungicide, and Rodenticide Act, as amended, is acceptable. A stamped copy is enclosed for your records.

Sincerely,

Richard P. Keigwin, Jr.
Product Manager 10
Insecticide & Rodenticide Branch
Registration Division (7505C)





# cutter

## INSECT REPELLENT
### #10GE-A

**Pleasant, Effective Protection from Mosquitoes, Ticks, Gnats, Biting Flies, Chiggers, Fleas and No-See-Ums**

NET WT. 6 OZ./170 g

Active Ingredients:
N,N-Diethyl-meta-toluamide .................... 9.5%
Other Isomers ....................................... 0.5%
Inert Ingredients .................................... 90.0%

**KEEP OUT OF REACH OF CHILDREN**
**WARNING**
Read cautions on back

---

Not greasy or oily • With aloe vera • Effective, dependable protection • Clean, fresh scent • Crystal-clear gel • Repels biting insects for hours • Soft on skin, tough on bugs • Leaves skin feeling soft and smooth • Moisturizes skin • Moisturizes with aloe vera • Feels great on you, tough on bugs too • Soft on skin because it contains skin conditioners like aloe vera • Contains skin conditioners like soothing aloe vera.

Now there's Pleasant Protection against biting insects and sunburn. Cutter 3-in-1 Gel:

1. INSECT REPELLENT: repels mosquitoes, ticks, biting flies, gnats, chiggers, fleas and no-see-ums for hours.
2. SPF 15 SUNSCREEN: PABA free protection gives you 15 times longer sun exposure without sunburn. Protects against both UVA and UVB rays.
3. SKIN CONDITIONER: Contains Aloe Vera and skin conditioners that moisturize and leave skin feeling smooth and soft.

New Cutter Insect Repellent #10GE-A... for 3-in-1 protection that leaves skin feeling and smelling great!

NOW...Pleasant protection that's available for hours! Feels great on you, tough on bugs too. This product is specially formulated to repel mosquitoes, ticks, biting flies, gnats, chiggers, fleas, and no-see-ums for hours. The crystal-clear gel offers pleasant protection that's never greasy or oily, and the fresh, clean scent won't leave you smelling like a bug repellent.

Active Sunscreen Ingredients:
Octyl methoxycinnamate ..................... 7.5%
Oxybenzone ........................................ 5.0%

**READ ALL DIRECTIONS BEFORE USING THIS PRODUCT**

**DIRECTIONS FOR USE:** It is a violation of Federal law to use this product in a manner inconsistent with its labeling. Adults and children 6 months of age and over: Spread evenly and completely over exposed skin before sun exposure. For face, dispense into hand and then spread on face and neck. To apply to clothing, put a small amount in palm of hand, rub palms together and then spread on clothing. Do not apply to skin under clothing or the hands of young children. Excessive or frequent application is unnecessary. Reapply after swimming, excessive perspiring or anytime after towel drying. Wash treated skin after returning indoors. Will not damage nylon, cotton, wool. May damage some synthetic fabrics, plastics, watch crystals, leather, painted or varnished surfaces. Wash treated clothing after use.

**DISPOSAL:** Do not reuse empty container. Wrap in newspaper and discard in trash.

**PRECAUTIONARY STATEMENTS**
**Hazards to Humans**

**Warning:** For external use only. May cause eye injury. Do not get in eyes or mouth. Harmful if swallowed. Avoid contact with lips, open cuts or irritated skin.

**Physical/Chemical Hazards**
**FLAMMABLE** Do not use or store near heat sources, sparks or open flame.

**Statement of Practical Treatment**
If Swallowed: Call Physician or Poison Control Center. Get Medical attention. In Eyes: Flush with plenty of water. Get Medical attention. On Skin: May cause skin reactions in rare cases. If so, wash thoroughly with soap and water. Get Medical attention if irritation persists.

Manufactured For: SPECTRUM, Division of United Industries Corporation, P.O. Box 15842, St. Louis, MO 63114-0842

EPA Reg. No. 121-73
EPA Est. No. 9688-MO-1
Form A1/M63  © 1995



1 8 JAN 1996

121-73