

37

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED
2004 JUL 20 P 3: 19
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| EILEEN STOEHR and FREDERICK STOEHR, | ) ) ) |
| Plaintiffs, | ) CIVIL ACTION NO. |
| v. | ) 303CV00988 (RNC) |
| UNITED INDUSTRIES CORPORATION, | ) ) ) ) |
| Defendant. | ) July 16, 2004 |

## UNITED'S MOTION TO SUBMIT
## SUPPLEMENTAL SUMMARY JUDGMENT EXHIBIT

Defendant United Industries Corp. moves that this Court enter an Order granting United leave to submit the attached supplemental exhibit to its previously filed Motion for Summary Judgment. In support of this Motion, United states:

In its pending Motion for Summary Judgment, United submitted a copy of the EPA-approved label that was in effect in May, 2000 for the product at issue. This was a reasonable date because that was when Plaintiff used the product and suffered the alleged skin reaction. But since filing its Motion, United has learned that the product that Plaintiff used was manufactured earlier. Therefore, United moves to supplement its Motion with a copy of the EPA-accepted label in effect during the earlier time period.

*[Handwritten margin note:] July 21, 2004. Granted. So ordered. Robert N. Chatigny/U.S.D.J.*

FILED
2004 JUL 21 P 12: 45
U.S. DISTRICT COURT
HARTFORD, CT.