UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EILEEN STOEHR and FREDERICK STOEHR, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. |
| v. | ) | 303CV00988 (RNC) |
| UNITED INDUSTRIES CORPORATION, | ) ) ) | |
| Defendant. | ) | AUGUST 3, 2004 |

## JOINT STATUS REPORT OF COUNSEL

Pursuant to the Court's July 21, 2003 Order, the above parties hereby submit this Joint Status Report addressing the matters listed in Fed. R. Civ. P. 16(c).

1. Discovery has commenced in this matter. The plaintiffs have responded to discovery requests propounded by the defendant. The plaintiffs have not propounded any discovery requests upon the defendant in this matter.

2. No motions have been filed by the plaintiffs in this case to amend their pleadings or join additional parties. No motions have been filed by the defendant in this case to amend its answer or join additional parties.

3. Consideration of the matters listed in Fed. R. Civ. P. 16(c)(3) is premature at this stage of discovery.

4. Consideration of the matters listed in Fed. R. Civ. P. 16(c)(4) is premature at this stage of discovery.

5. The defendant filed a Motion for Summary Judgment on June 17, 2004, and a supplemental exhibit to its Motion for Summary Judgment on July 16, 2004. The

2199230

plaintiffs filed a motion to extend the deadline to file their opposition to the defendant's Motion for Summary Judgment on July 12, 2004.

6. The parties intend to adhere to the Court's July 8, 2004 Order setting August 16, 2004 as the deadline for the defendant to depose plaintiff's expert witnesses, September 16, 2004 as the deadline for the defendant to identify expert witnesses, and October 16, 2004 as the deadline for the plaintiffs to depose the defendant's expert witnesses.

7. The parties intend to adhere to the Court's July 21, 2003 Order Regarding Case Management Plan.

8. No issues require the consideration of a magistrate judge or master.

9. The parties are not yet ready to consider special procedures to resolve the case.

10. Not applicable at this time.

11. The defendant's Motion for Summary Judgment, filed on June 17, 2004, is still pending.

12. Not applicable at this time.

13. Not applicable at this time.

14. Not applicable at this time.

15. Not applicable at this time.

16. Not applicable at this time.

The Defendant
United Industries Corporation
By McCarter & English, LLC
Its Attorneys

*[signature]*
David A. Reif (CT#00244)
Allison A. Wood (CT#23257)
CityPlace I
185 Asylum Street, 36th Floor
Hartford, CT 06103
(860) 275-6700
(860) 724-3397 (fax)
dreif@mccarter.com

The Plaintiffs

By_____
David N. Rosen
400 Orange Street
New Haven, Connecticut 06511
(203) 787-3513
ct000196

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been mailed, first class mail postage prepaid, this 3rd day of August, 2004 to

David N. Rosen
400 Orange Street
New Haven, Connecticut 06511

*[signature]*
Allison A. Wood

HARTFORD: 619382.01

The Defendant
United Industries Corporation
By McCarter & English, LLC
Its Attorneys

By _____
David A. Reif (CT#00244)
Allison A. Wood (CT#23257)
CityPlace I
185 Asylum Street, 36th Floor
Hartford, CT 06103
(860) 275-6700
(860) 724-3397 (fax)
dreif@mccarter.com

The Plaintiffs

By /s/ _____
David N. Rosen
400 Orange Street
New Haven, Connecticut 06511
(203) 787-3513
ct000196

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been mailed, first class mail postage prepaid, this 17th day of June, 2004 to

David N. Rosen
400 Orange Street
New Haven, Connecticut 06511

_____
Allison A. Wood

HARTFORD: 619382.01

21993230                                  - 3 -