UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| EILEEN STOEHR and FREDERICK STOEHR )<br>)<br>)<br>Plaintiffs, )<br>v. )<br>)<br>UNITED INDUSTRIES CORPORATION )<br>)<br>Defendant. ) | CIVIL ACTION NO.<br>303CV00988 (RNC)<br><br><br>August 9, 2004 |

## PARTIES' MOTION FOR EXTENSION OF TIME

Defendant, United Industries Corporation, by its attorneys, moves for an extension of time of the deadlines set forth in the Case Management Order. Pursuant to the parties' June 1, 2004 telephone conference with Judge Chatigny regarding the plaintiffs' Motion Nunc Pro Tunc For Permission to Produce Portions of Expert Report Out of Time and for Further Relief, the original Case Management Order was previously modified as follows:

> June 4, 2004 – deadline for plaintiffs' expert disclosure;
> July 6, 2004 – deadline to depose plaintiffs' experts;
> August 5, 2004 – deadline for defendant to identify experts; and
> September 7, 2004 – deadline for plaintiffs' to depose defendant's experts.

The parties requested an original extension of until August 16, 2004 to depose plaintiffs' experts with all other deadlines advancing accordingly.

Defendant currently requests an extension of time until October 15, 2004 to depose plaintiffs' experts. Such an extension would move the deadline for defendant to identify experts until November 16, 2004 and the deadline for plaintiffs' to depose defendant's experts until December 16, 2004. Good cause exists to grant this request.

Good cause exists for the granting of this motion. Defendant has filed a motion for summary judgment and, in an effort to preserve costs, seeks to schedule any expert depositions for after that motion has been heard by the Court. Plaintiffs requested and were granted a motion for extension of time to respond to defendant's motion for summary judgment until August 16, 2004. By extending the deadlines as set forth above, the parties hope the motion for summary judgment will have been resolved before continuing with discovery. Furthermore, the parties are engaged in settlement discussions.

Pursuant to the provisions of Local Rule 9(b)(3), undersigned counsel states that counsel has discussed this motion and both parties consent to this motion being granted.

Pursuant to the provisions of Local Rule 9(b)(3), undersigned counsel state that, aside from the plaintiffs' Motion Nunc Pro Tunc For Permission to Produce Portions of Expert Report Out of Time and for Further Relief, this is the parties second request for an extension of the time with respect to the above deadlines.

The Defendant

*/s/ Allison A. Wood*
David A. Reif (CT 00244)
Allison A. Wood (CT 23257)
McCarter & English
CityPlace I
185 Asylum Street
Hartford, CT 06103
(860) 275-6700
(860) 724-3397
dreif@mccarter.com
awood@mccarter.com

and

Dudley W. Von Holt
Thompson Coburn LLP
One U.S. Bank Plaza
St. Louis, Missouri 63101
(314) 552-6000
(313) 552-7000

**ORDER**

The foregoing motion, having been heard, is hereby:

GRANTED/DENIED

_____
Judge/Clerk

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing MOTION FOR EXTENSION OF TIME has been mailed, postage prepaid, this 9th day of August, 2004 to:

David N. Rosen, Esq.
400 Orange Street
New Haven, CT  06511
Counsel for Plaintiffs

*/s/ Allison A. Wood*
Allison A. Wood  (CT 23257)

HARTFORD: 620457.01