41

FILED

2004 AUG -9 P 3: 48

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EILEEN STOEHR and FREDERICK STOEHR | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. |
| v. | ) | 303CV00988 (RNC) |
| | ) | |
| UNITED INDUSTRIES CORPORATION | ) ) | |
| Defendant. | ) | August 9, 2004 |

**PARTIES' MOTION FOR EXTENSION OF TIME**

Defendant, United Industries Corporation, by its attorneys, moves for an extension of time of the deadlines set forth in the Case Management Order. Pursuant to the parties' June 1, 2004 telephone conference with Judge Chatigny regarding the plaintiffs' Motion Nunc Pro Tunc For Permission to Produce Portions of Expert Report Out of Time and for Further Relief, the original Case Management Order was previously modified as follows:

> June 4, 2004 – deadline for plaintiffs' expert disclosure;
> July 6, 2004 – deadline to depose plaintiffs' experts;
> August 5, 2004 – deadline for defendant to identify experts; and
> September 7, 2004 – deadline for plaintiffs' to depose defendant's experts.

The parties requested an original extension of until August 16, 2004 to depose plaintiffs' experts with all other deadlines advancing accordingly.