FILED

2005 FEB 15  A 11: 41

UNITED STATES DISTRICT COURT

U.S. DISTRICT COURT
DISTRICT OF CONNECTICUT  HARTFORD, CT.

| | | |
|---|---|---|
| EILEEN STOEHR and FREDERICK STOEHR | ) ) ) ) | |
| Plaintiffs, | ) | CIVIL ACTION NO. |
| v. | ) ) | 303CV00988 (RNC) |
| UNITED INDUSTRIES CORPORATION | ) ) ) | |
| Defendant. | ) | February 14, 2005 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the plaintiffs, Eileen Stoehr and Frederick Stoehr, and the defendant, United Industries Corporation, through the undersigned counsel, hereby stipulate to dismissal with prejudice of all claims between them in this action. Each party shall bear its own costs, disbursements and attorney's fees.

| EILEEN AND FREDERICK STOEHR<br>BY THEIR ATTORNEY | UNITED INDUSTRIES CORPORATION<br>BY ITS ATTORNEYS |
|---|---|
| By _/s/ David Rosen_<br>David N. Rosen (CT 000196)<br>~~Rosen & Dolan~~<br>400 Orange Street<br>New Haven, CT 06511<br>(203)787-3513<br>(203)789-1605 | By _____<br>David A. Reif (CT 00244)<br>Allison A. Wood (CT 23257)<br>McCarter & English<br>CityPlace I<br>185 Asylum Street<br>Hartford, CT 06103<br>(860)275-6700<br>(860)724-3397<br>dreif@mccarter.com<br>awood@mccarter.com<br><br>and<br><br>Dudley W. Von Holt<br>Thompson Coburn LLP<br>One U.S. Bank Plaza<br>St. Louis, Missouri 63101<br>(314) 552-6000<br>(313) 552-7000 |

-2-

| | |
|---|---|
| EILEEN AND FREDERICK STOEHR<br>BY THEIR ATTORNEY | UNITED INDUSTRIES CORPORATION<br>BY ITS ATTORNEYS |
| By_____<br>David N. Rosen (CT 000196)<br>Rosen & Dolan<br>400 Orange Street<br>New Haven, CT 06511<br>(203)787-3513<br>(203)789-1605 | By _/s/ Allison A. Wood_____<br>David A. Reif (CT 00244)<br>Allison A. Wood  (CT 23257)<br>McCarter & English<br>CityPlace I<br>185Asylum Street<br>Hartford, CT 06103<br>(860)275-6700<br>(860)724-3397<br>dreif@mccarter.com<br>awood@mccarter.com<br><br>and<br><br>Dudley W. Von Holt<br>Thompson Coburn LLP<br>One U.S. Bank Plaza<br>St. Louis, Missouri 63101<br>(314) 552-6000<br>(313) 552-7000 |

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing STIPULATION FOR DISMISSAL WITH PREJUDICE has been mailed, postage prepaid, this 14th day of February, 2005 to:

David Rosen
Rosen & Dolan
400 Orange Street
New Haven, CT 06511

_____
Allison A. Wood

HARTFORD: 621707.01