44

FILED

2005 FEB 15 A 11: 41

UNITED STATES DISTRICT COURT

U.S. DISTRICT COURT
DISTRICT OF CONNECTICUT HARTFORD, CT.

| | | |
|---|---|---|
| EILEEN STOEHR and FREDERICK STOEHR | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 303CV00988 (RNC) |
| UNITED INDUSTRIES CORPORATION | ) ) ) | |
| Defendant. | ) | February 14, 2005 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the plaintiffs, Eileen Stoehr and Frederick Stoehr, and the defendant, United Industries Corporation, through the undersigned counsel, hereby stipulate to dismissal with prejudice of all claims between them in this action. Each party shall bear its own costs, disbursements and attorney's fees.

February 17, 2005. Approved. So ordered.

Robert N. Chatigny, U.S.D.J.

FILED

2005 FEB 17 P 2: 21

U.S. DISTRICT COURT
HARTFORD, CT.